IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GRACE IVY     PLAINTIFF

vs.     CAUSE NO.: 1:14-cv-0093-SA-SAA

WAL-MART STORES EAST, LP     DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiff, Grace Ivy and Wal-Mart Stores East, LP, and the Court being advised that these parties have compromised and settled their claims herein, and they desire the Court to dismiss said claims with prejudice, this Court is of the opinion that the motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims and the Complaint of Plaintiff, Grace Ivy, is hereby dismissed with prejudice, with each side to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 8th day of December, 2014.

_____
JUDGE

AGREED AND APPROVED:

_____
Attorney for Plaintiff

_____
Sharon F. Bridges
Attorney for Defendant Wal-Mart Stores East LP.